AO 106 (Rev. 04/10) Application for a Search Warrant

AUSAs Martinez/Kim

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1906 Forest Elm Court
Columbus, Ohio 43229

Case No. 2:17-mj-461

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attached Affidavit and Attachment A.

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Antonio GALDAMEZ-Figueroa and identity documents

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C 1326(a) | Illegal re-entry of an alien after being removed from the United States. |

The application is based on these facts:
See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Matthew J. Salmon, Deportation Officer (ICE)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/10/17

City and state: Columbus, Ohio

*Judge's signature*

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>1906 Forest Elm Court<br>Columbus, Ohio 43229 | CASE NO. _____ |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer, Matthew J. Salmon, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than fourteen years of experience as an Immigration Officer with United States Immigration and Customs Enforcement (ICE), District Adjudications Officer with United States Citizenship and Immigration Services, and Border Patrol Agent with the United States Border Patrol. I am assigned to the Columbus, Ohio Office of Enforcement and Removals-Field Operations Unit. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the United States Border Patrol Agent Academy at the Federal Law Enforcement Training Center (FLETC) in Charleston, South Carolina.

2. The facts set forth in this Affidavit are based on my personal knowledge and observations during the course of this investigation between December 2015 and the present, further conveyed to me by other law enforcement officers, confidential sources, and my review of the records and documents obtained during the investigation. The purpose of this Affidavit is only to establish probable cause; I have not set forth each and every fact known to me concerning this investigation.

3. The purpose of this Affidavit is to support the United States's application for a search warrant for the residence located at 1906 Forest Elm Court, Columbus, Ohio 43229, which is the believed location where Antonio GALDAMEZ-Figueroa resides.

4. Based on the facts and information set forth in this Affidavit, I respectfully submit that there is probable cause to believe that there is presently concealed evidence, fruits, and instrumentalities on the premises known as 1906 Forest Elm Court, Columbus, Ohio 43229. The evidence, fruits, and instrumentalities relate to violations of 8 U.S.C. § 1326(a), an alien

who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation or removal is outstanding, and thereafter enters, attempts to enter, or at any time found in the United States, unless prior to re-embarkation at a place outside the United States or an application for admission from a foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission.

## SUMMARY OF PROBABLE CAUSE

5. Antonio GALDAMEZ-Figueroa is a citizen of El Salvador and not a citizen of the United States.

6. On or about June 8, 2004, GALDAMEZ-Figueroa was arrested by the United States Border Patrol in Alice, Texas. At that time, GALDAMEZ-Figueroa was charged administratively as an inadmissible alien as described in Section 212(a)(6)(A)(i) of the Immigration and Nationality Act and issued Alien Registration Number 098 045 226. GALDAMEZ-Figueroa was a juvenile at this time and was not fingerprinted. GALDAMEZ-Figueroa was released on his own recognizance to a family member pending a future hearing. GALDAMEZ-Figueroa was a granted a change of venue for the immigration case from Texas to Virginia, which is where he indicated to Immigration Officers that he planned to live. On or about February 8, 2008, GALDAMEZ-Figueroa was granted Voluntary Departure by an Immigration Judge in Arlington, Virginia. GALDAMEZ-Figueroa failed to depart the United States by the required date of June 8, 2007. The failure to depart from the United States then made GALDAMEZ-Figueroa subject to a final order of removal retroactive to the Voluntary Departure decision date of February 8, 2007. At that time, GALDAMEZ-Figueroa was classified as an ICE Fugitive.

7. On or about December 19, 2011, GALDAMEZ-Figueroa was arrested by ICE Officers in Columbus, Ohio. GALDAMEZ-Figueroa was processed as an ICE Fugitive. On or about February 12, 2012, GALDAMEZ-Figueroa was physically removed from the United States to El Salvador via New Orleans, Louisiana. Prior to removal, GALDAMEZ-Figueroa surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. GALDAMEZ-Figueroa's removal was witnessed by an Immigration Officer.

8. On or about April 13, 2012, GALDAMEZ-Figueroa was arrested for extortion in San Ana, Metapan, El Salvador. The document received from the El Salvadoran National Police indicates that GALDAMEZ-Figueroa and another subject were arrested for threatening a person under protection. GALDAMEZ-Figueroa and the other subject were accused of ordering the victim to make a money transfer through Banco Azteca Sonsonate to Banco Azteca Metapan in El Salvador. The disposition of this case is unknown.

9. On or about October 27, 2013, GALDAMEZ-Figueroa was arrested by the United States Border Patrol in Rio Grande Valley, Texas. GALDAMEZ was charged administratively for reinstatement of a prior order of removal as described in Section 241(a)(5) of the Immigration and Nationality Act. On or about November 21, 2013, GALDAMEZ-Figueroa was physically removed from the United States to El Salvador via San Antonio, Texas. Prior to removal, GALDAMEZ-Figueroa surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. GALDAMEZ-Figueroa's removal was witnessed by an Immigration Officer.

10. On or about March 11, 2014, GALDAMEZ-Figueroa was arrested by the United States Border Patrol in Rio Grande Valley, Texas. GALDAMEZ-Figueroa was charged administratively for reinstatement of a prior order of removal as described in Section 241(a)(5) of the Immigration and Nationality Act. On or about April 1, 2014, GALDAMEZ-Figueroa was physically removed from the United States to El Salvador via Laredo, Texas. Prior to removal, GALDAMEZ-Figueroa surrendered his fingerprint and photograph for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. GALDEMZ-Figueroa's removal was witnessed by an Immigration Officer.

11. Between December 2015 and the present, officers with ICE/ERO, the Federal Bureau of Investigation, and the Columbus Division of Police have been conducting an investigation into the transnational criminal organization, La Mara Salvatrucha, also known as MS-13. Throughout the investigation, GALDAMEZ-Figueroa has been regularly named by sources of information as a member of MS-13. Sources of information have declared that GALDAMEZ-Figueroa is a jumped-in MS-13 member with the Columbus, Ohio clique known as the Columbus Locos Salvatruchas (CLS).

12. A search of open source media has revealed photos of GALDAMEZ-Figueroa with other MS-13 members.

13. Sources of information have provided officers with the address of 1906 Forest Elm Court, Columbus, Ohio 43229 as the current residence of GALDAMEZ-Figueroa.

14. On or about June 2, 2017 at approximately 7:40AM, GALDAMEZ-Figueroa was observed and identified by surveillance officers exiting his residence at 1906 Forest Elm Court, Columbus, Ohio 43229. GALDAMEZ-Figueroa was picked up in a 2006 Ford E-Series van bearing Ohio license plate PJM9692, registered to Melvin CARRILLOS-Pleitez at 672 South Hampton Road, Columbus, Ohio 43213.

15. On or about June 16, 2017 at approximately 8:00AM, GALDAMEZ-Figueroa was observed and identified by surveillance officers exiting his residence at 1906 Forest Elm Court,

Columbus, Ohio 43229. GALDAMEZ-Figueroa was again picked up in a 2006 Ford E-Series van bearing Ohio license plate PJM9692, registered to Melvin CARRILLOS-Pleitez at 672 South Hampton Road, Columbus, Ohio 43213.

16. On or about July 20, 2017 at approximately 7:40AM, GALDAMEZ-Figueroa was observed and identified by surveillance officers exiting his residence at 1906 Forest Elm Court, Columbus, Ohio 43229. GALDAMEZ-Figueroa was picked up in a Ford van bearing Ohio license plate PJK7489, registered to Alcides A. GALDAMEZ-Posadas at 1752 Pine Street South, Apartment B, Columbus, Ohio 43220.

17. On or about August 8, 2017 at approximately 7:30AM, GALDAMEZ-Figueroa was observed and identified by surveillance officers exiting his residence at 1906 Forest Elm Court, Columbus, Ohio 43229. GALDAMEZ-Figueroa was picked up in a Ford van bearing Ohio license plate PJK 7489, registered to Alcides A. GALDAMEZ-Posadas at 1752 Pine Street South, Apartment B, Columbus, Ohio 43220.

## CONCLUSION

18. Based on the aforementioned facts, your Affiant believes that there is probable cause that the presence of Antonio GALDAMEZ-Figueroa constitutes evidence, fruits, and instrumentalities of a violation of 8 U.S.C. § 1326(a), and is located within the premises of 1906 Forest Elm Court, Columbus, Ohio 43229.

19. Based on all the foregoing information, your Affiant respectfully requests that this Court issue a warrant to search the premises known as 1906 Forest Elm Court, Columbus, Ohio 43229, which is more particularly described in Attachment A.

20. A request for the sealing of this Affidavit and related documents is necessary in this matter. As detailed above, there is an ongoing investigation into the illegal activities of an unknown person or persons. Your Affiant is apprehensive that the subject of this investigation may attempt to flee, or attempt to destroy the identification documents, if the details of this investigation and search become known to persons associated with the investigation. The occupants of 1906 Forest Elm Court, Columbus, Ohio 43229 appear to have no permanent ties to the community, have made great efforts to conceal their true identity, and are likely to elude ICE officers is given the opportunity.

_____
Matthew J. Salmon
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 10TH day of August 2017.

_____
HONORABLE ELIZABETH PRESTON DEAVERS
United States Magistrate Judge

5

# **ATTACHMENT A**

**1906 Forest Elm Court**
**Columbus, Ohio 43229**

The physical description of the residence to be searched is as follows:

2-story, townhouse facing Forest Elm Court. The residence to be searched has a purple door that opens inward to the right into the residence.

2-story townhouse with other townhouses on each side. 1906 Forest Elm Court is the third door from the west in a multi-unit building.

There is a small fenced-in porch to the rear of the residence with a sliding glass door.